# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DARRYL MOORE                                                                                                   PLAINTIFF

v.                              No. 2:17CV00160 JLH

NERI O. GARCIA; and AMERICAN
WEST WORLDWIDE EXPRESS, INC.                                 DEFENDANTS

## **ORDER**

Without objection, the plaintiff's motion for remand is GRANTED. Document #7. The Court directs the Clerk to remand this action to the Circuit Court of St. Francis County, Arkansas, immediately.

IT IS SO ORDERED this 10th day of October, 2017.

                                                          _____
                                                          J. LEON HOLMES
                                                          UNITED STATES DISTRICT JUDGE